In the Matter of LAWRENCE T. GRESSER, Appellant, against JOHN P. O'BRIEN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.

(Argued December 5, 1933; decided January 9, 1934.)

*Frank C. Laughlin* and *Stewart W. Bowers* for appellant.

*Daniel J. Kenefick* for Robert J. Summers, *amicus curiæ.*

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly* and *William E. C. Mayer* of counsel), for respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.